In the Matter of the Accounting of RALPH PULITZER et al., Trustees under the Will of JOSEPH PULITZER, Deceased, et al., Respondents.

SUSAN PULITZER et al., Infants, by THOMAS I. SHERIDAN, as Special Guardian, Appellants.

(Submitted January 9, 1936; decided January 28, 1936.)

*Thomas I. Sheridan* for appellants.

*Rogers H. Bacon* for Ralph Pulitzer et al., as trustees, respondents.

*Stephen P. Nash* and *John G. Jackson* for Ralph Pulitzer et al., individually, respondents.

*Vincent L. Leibell,* as special guardian, for testator's infant grandsons, respondents.

Order affirmed, with costs to each party filing separate brief payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.